IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES RUSSELL, :
:
    Plaintiff, : CIVIL ACTION NO. 18-177
:
v. :
:
CORIZON MEDICAL DEPARTMENT, :
:
    Defendant. :

**ORDER**

**AND NOW**, this 12th day of March, 2018, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS FURTHER ORDERED THAT** the clerk of court shall mark this matter as **CLOSED**.

                                       BY THE COURT:

                                       /s/ *Edward G. Smith*
                                       EDWARD G. SMITH, J.

---

[1] The plaintiff may re-file this action within the applicable statute of limitations period by paying the full filing fee and administrative fee or submitting an application to proceed *in forma pauperis*. If the plaintiff does so, the clerk of court shall docket the application at a new civil action number.